UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| SANDREW DOSS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No. 4:12-cv-02718-WMA-HGD |
| ) | |
| LT. WILLIAM NORTHCUTT, et al., ) | |
| ) | |
| Defendants ) | |

## PARTIAL DISMISSAL ORDER

The magistrate judge filed a report and recommendation on March 15, 2013, recommending that plaintiff's claims against Lt. Northcutt, Officer Ragan, Officer Tish, Officer Nunn, Nurse Toliver, Officer Line and Mr. Wheat be dismissed. It was further recommended that plaintiff's claim of cruel and unusual punishment against Nurse Ragsdale be referred to the magistrate judge for further proceedings. On March 29, 2013, the plaintiff filed objections to the report and recommendation. In his objections, the plaintiff merely restates the claims made in his original complaint.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, and the objections filed by the

plaintiff, the court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the magistrate judge's recommendation is ACCEPTED.

It is therefore ORDERED, ADJUDGED, and DECREED that all of plaintiff's claims in this action, except the claim of cruel and unusual punishment made against Nurse Ragsdale, are DISMISSED pursuant to 28 U.S.C. § 1915A(b).  It is further ORDERED that the claim against Nurse Ragsdale is REFERRED to the magistrate judge for further proceedings.

DONE this 22nd day of April, 2013.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE